IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CR-41 (LAG) |
| | : | |
| RODERICK BODIFORD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Before the Court is Defendant Roderick Bodiford's Joint and Unopposed Motion for Continuance (Motion to Continue). (Doc. 63). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for November 13, 2025 and December 15, 2025, respectively. (*Id.* at 1; Doc. 63). During the July 28, 2025 Motions Hearing, the Court said that the trial would likely be rescheduled for March 2026; however, the Court was able to schedule the trial for sooner. (Doc. 61; *see* Docket). In the Motion to Continue, Defendant's Counsel represents that additional time is needed to receive and review discovery from the Government. (Doc. 63 ¶ 1). The Government does not object. (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 63) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's

August 8, 2025 Scheduling Order (Doc. 61) are hereby terminated, and a new scheduling order will be forthcoming.

      **SO ORDERED**, this 29th day of September, 2025.

                                        <u>/s/ Leslie A. Gardner</u>
                                        **LESLIE A. GARDNER, CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**